Babak Semnar (SBN 224890)
SEMNAR LAW FIRM, INC.
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone: (951) 293-4187; Fax: (888) 819-8230

Jared M. Hartman, Esq. (SBN 254860)
HARTMAN LAW OFFICE, INC.
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone (951) 234-0881; Fax (888) 819-8230

Attorneys for Plaintiff
JALEEN CLARK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEEN CLARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, a limited liability company, and Does 1-10,<br>Defendants. | Case No.: 14-cv-1661-JAH-RBB<br><br>**REQUEST TO DISMISS CASE IN ITS ENTIRETY WITH PREJUDICE** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND HONORABLE JUDGE OF THE DISTRICT COURT:**

Plaintiff in this matter requests that the entire action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: August 4, 2014                      /S/Babak Semnar, Esq.
                                           BABAK SEMNAR
                                           Attorney for Plaintiff,
                                           JALEEN CLARK

---

1
**REQUEST TO DISMISS ENTIRE ACTION**